176 So. 375

## Coye Festus SWINDLE v. STATE.

### 6 Div. 177.

Supreme Court of Alabama.

Oct. 14, 1937.

Bealle & Mize, of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Coye Festus Swindle for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Swindle v. State, 27 Ala.App. 549, 176 So. 372.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.